**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6282**

DARRELL J. MICKELL,

        Plaintiff - Appellant,

    v.

BRYAN STIRLING; C. REYNOLDS; MR. DAVIS; MR. SHARPE; MR. GRAHAM; MR. NOLAN; MR. WILLIAMS; MS. SHAW; MS. SMITH,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville. R. Bryan Harwell, District Judge. (6:15-cv-04656-RBH)

Submitted: September 29, 2017             Decided: October 12, 2017

Before KEENAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darrell J. Mickell, Appellant Pro Se. David Cornwell Holler, LEE ERTER WILSON HOLLER & SMITH, LLC, Sumter, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell J. Mickell appeals the district court's order accepting the recommendation of the magistrate judge and granting defendants' motion for summary judgment in Mickell's 42 U.S.C. § 1983 (2012) action and the magistrate judge's orders denying his motions to appoint counsel and to compel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mickell v. Stirling*, No. 6:15-cv-04656-RBH (D.S.C. Dec. 29, 2015; Jan. 25, 2016; Sept. 13, 2016; Feb. 15, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*